IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LONNIE DONTAE MITCHELL,           )
                                  )
        Plaintiff,                )
                                  )        Civil Action No.
v.                                )        2:22-cv-358-WHA-CSC
                                  )            (WO)
KELLY FITZGERALD PATE, *et al.*,  )
                                  )
        Defendants.               )

## **ORDER**

On September 14, 2022, the Magistrate Judge filed a Recommendation (Doc. 10) to

which no timely objections have been filed. Upon an independent review of the record and

upon consideration of the Recommendation, it is ORDERED that:

1.  The Magistrate Judge's Recommendation (Doc. 10) is ADOPTED.

2.  This case is DISMISSED prior to service of process under the directives of 28

U.S.C. § 1915(e)(2)(B)(ii)–(iii) and § 1915A(b)(1)–(2).

A final judgment will be entered separately.

DONE this 14th day of October, 2022.

        /s/  W. Harold Albritton
        SENIOR UNITED STATES DISTRICT JUDGE